

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2019

No. 04-19-00121-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Rodolfo **CANALES**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00191-CVK
Honorable Walden Shelton, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **July 10, 2019**.

It is so **ORDERED** on June 10, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court